# DIVIDENDS REMITTED TO THE COURT

Case Number 09-19504 - KASPER, WILLIAM FRANCIS

| Creditor | Claim No. | Amount Allowed | | Amount Paid |
|---|---|---|---|---|
| Ace Hardware<br>6500 Brecksville Rd<br>Independence, OH 44131 | 000005 | 442.00 | #104 | 1.31 |
| Thomas Crissman.<br>Systems Pack, Inc.<br>649 E. Highland Road<br>Macedonia, OH 44056<br>   (6-1) goods sold | 000006 | 915.31 | #105 | 2.70 |
| North Coast Litho<br>4701 Manufacturing Ave<br>Cleveland, OH 44135 | 000009 | 886.58 | #107 | 2.62 |
| Herald Multiforms Inc.<br>PO Box 1288<br>Dillon, SC 29536 | 000010 | 525.90 | #108 | 1.55 |
| Western States Envelope Company<br>PO Box 88984<br>Milwaukee, WI 53288-0984 | 000012 | 386.82 | #110 | 1.14 |
| Harris & Bruno International<br>8555 Washington Blvd.<br>Roseville, CA 95678 | 000016 | 689.74 | #114 | 2.03 |
| Berardi's Fresh Roast, Inc.<br>12029 bbey Road<br>North Royalton, OH 44133 | 000019 | 461.85 | #115 | 1.36 |
| Carlson Craft<br>P.O. Box 8700<br>Mankato, MN 56002-8700 | 000020 | 106.69 | #116 | 0.32 |
| ---------- Remittance Total ---------- | | 4,414.89 | | 13.03 |

TRUSTEE VIRGIL E. BROWN, JR., Trustee